■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIOMEDES TYSON, Appellant. [714 NYS2d 665] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered June 30, 1997, convicting defendant, after a nonjury trial, of burglary in the first degree, robbery in the first degree and endangering the welfare of a child, and sentencing him to two terms of 3⅓ to 10 years and a term of 1 year, all to run concurrently, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Credibility and identifications were properly presented to the trier of fact and we see no reason to disturb its findings. Concur—Rosenberger, J. P., Nardelli, Tom, Wallach and Saxe, JJ.